ORIGINAL

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

FILED
AUG 20 2007
U.S. COURT OF
FEDERAL CLAIMS

**BID PROTEST**

| | |
|---|---|
| **AMERICAN DEFENSE SYSTEMS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 07-616 C** |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant.** | |

**CERTIFICATION PURSUANT TO RULE 7.1**

American Defense Systems, Inc. ("ADSI") hereby certifies pursuant to Rule 7.1(a) of the United States Court of Federal Claims that there is no parent corporation or publicly held corporation that owns ten percent or more of American Defense Systems, Inc.'s stock.

Dated: August 20, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22101
Tel.: (703)749-1311
Fax: (703)714-8308
E-mail: moorhouser@gtlaw.com

OF COUNSEL:
L. James D'Agostino
David T. Hickey
Sean M. Connolly
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22101
Tel.: (703)749-1300
Fax: (703)749-1301