ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
AUG 2 0 2007
U.S. COURT OF
FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| AMERICAN DEFENSE SYSTEMS, INC. | |
| Plaintiff, | |
| v. | Case No. 07-616 C |
| THE UNITED STATES OF AMERICA | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

American Defense Systems, Inc. ("ADSI") moves this Court pursuant to Rule 65 of the Rules of the United States Court of Federal Claims for a preliminary injunction prohibiting defendant, the United States of America, acting by and through the Department of the Navy, Naval Facilities Engineering Command, NAVFAC Southwest ("Navy"), from permitting Southern California Gold Products ("SCGP") to perform any further work on a contract awarded to SCGP for 21 Construction and Material Equipment (or "CME") kits for military construction equipment under Solicitation No. N62473-07-R-4054 ("Solicitation -4054") (the other contract for 14 CME kits was awarded to ADSI) pending the outcome of this proceeding. The Solicitation was issued on an "urgent and compelling circumstances" basis on June 4, 2007; proposals were due by June 5, 2007; and awards were made on June 7, 2007, with all deliveries due within the next 75 days. It appears that SCGP has delivered 12 of the 21 CME kits to date.

This action challenges the Navy's award of the 21-CME kits contract to SCGP as "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 28 U.S.C. § 1491(b)(4) (2000), because (i) SCGP is not a presently responsible contractor; and (ii)

because the Navy improperly failed to evaluate SCGP's proposal for technical "acceptability" in compliance with the material terms of Solicitation -4054.

The grounds for this motion, which are more fully set forth in the accompanying Memorandum of Points and Authorities, are as follows: (1) ADSI has a strong likelihood of success on the merits in that it can demonstrate that SCGP is not a presently responsible contractor and the Navy had no reasonable basis to adjudge it as such, or its proposal as technically "acceptable;" (2) ADSI will be irreparably harmed if SCGP is allowed to continue to perform by losing the greater than $1 million revenue value of the 21 CME kits improperly awarded to SCGP; (3) interim injunctive relief will not harm the Navy because the 21 CME kits intended for SCGP can be timely supplied by ADSI, the only qualified offeror that has actually supplied add-on armor kits to the U.S. military; and (4) interim injunctive relief will promote the public interest rather than harm it by preserving the integrity of the procurement system and by precluding the use of substandard or non-qualifying add-on armor kits on construction equipment intended for use in combat areas.

ADSI requests an expedited hearing on this motion.

Dated: AUGUST 20, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
Tel.: (703) 749-1311
Fax: (703) 714-8308
E-mail: moorhouser@gtlaw.com

OF COUNSEL:
L. James D'Agostino
David T. Hickey
Sean M. Connolly
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22101
Tel.: (703) 749-1300
Fax: (703) 749-1301