# In the United States Court of Federal Claims

No. 07-616 C

(E-Filed: August 21, 2007)

| | |
|---|---|
| AMERICAN DEFENSE SYSTEM, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court held a telephonic status conference on August 21, 2007 at 2:30 p.m. EDT with plaintiff's counsel, Mr. Richard Moorhouse, Mr. David Hickey, and Mr. Sean Connolly, defendant's counsel, Mr. Richard Schroeder, and agency counsel, Mr. Arthur Thibodeau. Further to the status conference, the court provides the following directive concerning the content of the Administrative Record to be filed with the court and the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).[1]

1. As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on Tuesday, August 28, 2007 a

[1]The parties shall, in accordance with U.S. Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

continuous Bates-stamped administrative record to include all documents[2] related to the preparation and/or promulgation of Solicitation No. N62473-07-R-4054 including, without limitation, all documents relating to the evaluation of the proposals of plaintiff and the awardee and the decision to award the contract to Southern California Gold Products. The administrative record shall include a memorandum listing the items enumerated in Paragraph 22, Part VII of Appendix C to the Rules of the Court of Federal Claims (RCFC) and stating whether documents exist that are of the types described in subparagraphs (a) - (u) of Paragraph 22 and where such documents appear in the administrative record.

2. Plaintiff shall file with the court and serve on defendant and defendant-intervenor, if any, its motion for judgment on the administrative record on or before Wednesday, September 5, 2007.

3. Defendant and defendant-intervenor, if any, shall file with the court their responses to plaintiff's motion and their cross-motions for judgment on the administrative record on or before Friday, September 21, 2007.

4. Plaintiff shall file its responses to defendant's and defendant-intervenor's, if any, cross-motions and its replies to defendant's and defendant-intervenor's, if any, responses to plaintiff's motion on or before Monday, October 1, 2007.

5. Defendant and defendant-intervenor, if any, shall file their respective replies to plaintiff's responses on or before Friday, October 12, 2007.

6. The court will hear telephonic oral argument on Thursday, October 25, 2007 at 2:00 p.m. E.D.T. A Sprint operator will initiate the call.

A courtesy copy of this order shall be provided by facsimile or email by plaintiff's counsel to putative defendant-intervenor's counsel, if he or she can be identified.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

---

[2]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge