IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN DEFENSE SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-616C |
| | ) | Judge Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of two days, from August 28, 2007, through and including August 30, 2007, to file the administrative record. We also request that the scheduling order be amended to provide plaintiff with an additional two days, from September 5, 2007, through and including September 7, 2007, to file its motion for judgment upon the administrative record. Plaintiff’s counsel does not oppose this motion. This is our first request for an enlargement of time for this purpose.

Initially, the parties had indicated that a protective order would be unnecessary. However, it now appears that a protective order may become necessary. An enlargement of time is requested to provide the parties with the opportunity to attempt to resolve that issue, and to file a motion for a protective order, in the event they determine that a protective order is, in fact, necessary.

**CONCLUSION**

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, through and including August 30, 2007, for the Government to file the administrative record. In addition, we respectfully request that plaintiff's deadline to file its motion for judgment upon the administrative record be enlarged until September 7, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Kathryn A. Bleecker***
KATHRYN A. BLEECKER
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 28, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 28th day of August 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder