# In the United States Court of Federal Claims

No. 07-616 C

(E-Filed: August 29, 2007)

AMERICAN DEFENSE SYSTEM, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to File Administrative Record (Mot. or Motion). Defendant requests an enlargement of time of two days in which to file the Administrative Record (AR). Mot. 1. Defendant also requests that the court's scheduling order filed on August 21, 2007, see Order of Aug. 21, 2007, be amended to provide plaintiff with an additional two days in which to file its motion for judgment on the AR.

Defendant's Motion is GRANTED. Defendant shall file the AR on or before Thursday, August 30, 2007. Plaintiff shall file with the court and serve on defendant and defendant-intervenor, if any, its motion for judgment on the administrative record on or before Friday, September 7, 2007. The remainder of the briefing schedule, which is the same as set forth in the court's Order of August 21, 2007, follows:

1. Defendant and defendant-intervenor, if any, shall file with the court their responses to plaintiff's motion and their cross-motions for judgment on the administrative record on or before Friday, September 21, 2007.

2. Plaintiff shall file its responses to defendant's and defendant-intervenor's, if any, cross-motions and its replies to defendant's and defendant-intervenor's, if any, responses to plaintiff's motion on or before Monday, October 1, 2007.

3. Defendant and defendant-intervenor, if any, shall file their respective replies to plaintiff's responses on or before Friday, October 12, 2007.

4. The court will hear telephonic oral argument on Thursday, October 25, 2007 at 2:00 p.m. E.D.T. A Sprint operator will initiate the call.

A courtesy copy of this order shall be provided by facsimile or email by plaintiff's counsel to putative defendant-intervenor's counsel, if he or she can be identified.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge