IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN DEFENSE SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-616C |
| | ) | Judge Hewitt |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests the Court issue a protective order in this case. Plaintiff does not oppose this motion.

Although the parties initially indicated that they thought a protective order would be unnecessary, they subsequently determined that certain documents likely will need to be submitted under seal. Therefore, we respectfully submit a proposed protective order. Also attached for reference are the Form 9 and Form 10 applications. Due to time constraints, we have included language that allows the Government to provide protected information to plaintiff’s counsel, and file and serve a copy of the administrative record containing protected information, immediately upon receiving a copy of an executed application signed by plaintiff’s counsel. See Proposed Protective Order, 2(b). We also have included language that, in the Government’s discretion, would permit plaintiff’s counsel to immediately share the information with other individuals for whom

applications are submitted to the Government by plaintiff's counsel.

**CONCLUSION**

For the foregoing reasons, defendant respectfully requests that the Court enter the proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Kathryn A. Bleecker***
KATHRYN A. BLEECKER
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 29, 2007

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 29th day of August 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder