IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN DEFENSE SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-616C |
| | ) | Judge Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of one additional day, from August 30, 2007, through and including August 31, 2007, to file the administrative record. Plaintiff’s counsel does not oppose this motion. We previously have been granted a two-day enlargement of time for this purpose.

Initially, the parties had indicated that a protective order would be unnecessary. However, it has become apparent that the Government will need to file a number of documents under seal. An enlargement of time is requested to enable the Government to ensure that it does not inadvertently file a document in the public record that should be protected. In addition, we are awaiting action upon our motion for a protective order, which was filed on August 29, 2007.

**CONCLUSION**

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, through and including August 31, 2007, for the Government to file the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Kathryn A. Bleecker***
KATHRYN A. BLEECKER
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 30, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 30th day of August 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder