IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN DEFENSE SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-616C |
| | ) | Judge Hewitt |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND CROSS-MOTION, AND TO AMEND THE BRIEFING SCHEDULE**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of seven days, from September 21, 2007, through and including September 28, 2007, to file the Government's response to plaintiff's motion for judgment upon the administrative record and the Government's cross-motion. Plaintiff's counsel does not oppose this motion. We further respectfully request that the Court amend the briefing schedule, as set forth below. This is our first request for an enlargement of time for this purpose and for an order amending the briefing schedule.

In addition to this case, undersigned counsel is responsible for the following matters that recently have required his attention, or that will require his attention in the coming days: (1) counsel in South Carolina from September 10 to September 14, 2007 for a trial (conducted September 12-September 13, 2007) in

Hooker v. United States, Fed. Cl. Nos. 03-1501C, 04-1126C; (2) Brooks v. United States, Fed. Cl. No. 03-2470C (response to plaintiff's motion for judgment upon the administrative record due September 20, 2007); (3) Agro Dutch v. United States, CIT No. 02-499 (reply to comments regarding remand redetermination due September 25, 2007); and (4) Jinxiang Shanyang Freezing Storage Co., Ltd., CIT No. 07-272 (response to plaintiff's motion for preliminary injunction due September 25, 2007). In addition, counsel is responsible for numerous other matters that require attention.

We also respectfully propose the following revised briefing schedule:

September 28, 2007: Defendant's response to plaintiff's motion and defendant's cross-motion for judgment upon the administrative record (currently due September 21, 2007);

October 9, 2007: Plaintiff's response to defendant's cross-motion and plaintiff's reply to defendant's response to plaintiff's motion (currently due October 1, 2007);

October 17, 2007: Defendant's reply to plaintiff's response (currently due October 12, 2007).

The telephonic oral argument in this case, scheduled for October 25, 2007, at 2 p.m., would not have to be rescheduled if this schedule is adopted.

**CONCLUSION**

For the foregoing reasons, defendant respectfully requests that the Court grant proposed enlargement of time, and enter the proposed briefing schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Kathryn A. Bleecker by SJG***
KATHRYN A. BLEECKER
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 20, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20th day of September 2007, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND CROSS-MOTION, AND TO AMEND THE BRIEFING SCHEDULE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder