# In the United States Court of Federal Claims

No. 07-616 C

(E-Filed: September 21, 2007)

AMERICAN DEFENSE SYSTEM, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time to File its Response to Plaintiff's Motion for Judgment Upon the Administrative Record and Cross-Motion, and to Amend the Briefing Schedule (Mot. or Motion). Defendant requests an enlargement of time of seven days in which to file its response to plaintiff's motion. Mot. 1. Defendant also requests that the court's scheduling order filed on August 21, 2007, see Order of Aug. 21, 2007, be amended to provide the parties with additional time to file their respective briefs.

Defendant's Motion is GRANTED. The briefing schedule, see Order of Aug. 21, 2007, is AMENDED is as follows:

1. Defendant shall file with the court its response to plaintiff's motion and its cross-motion for judgment on the administrative record on or before Friday, September 28, 2007.

2. Plaintiff shall file its responses to defendant's cross-motion and its reply to defendant's response to plaintiff's motion on or before Tuesday, October 9, 2007.

3. Defendant shall file its reply to plaintiff's response on or before Wednesday, October 17, 2007.

The date for the telephonic oral argument will remain the same and be heard on Thursday, October 25, 2007 at 2:00 p.m. E.D.T. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge