# In the United States Court of Federal Claims

No. 07-616 C

(E-Filed: October 18, 2007)

AMERICAN DEFENSE SYSTEM, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to Dismiss and Defendant's Reply to Plaintiff's Response to Defendant's Cross-motion for Judgment Upon the Administrative Record (Motion), which was filed on October 17, 2007. Motion 1. The court held a status conference with the parties on October 18, 2007 and set forth the following schedule:

1. Plaintiff shall file its response to defendant's motion on or before Tuesday, October 23, 2007.

2. Plaintiff and defendant shall call the court at 202-357-6565 on or before Tuesday, October 23, 2007 to discuss the potential rescheduling of oral argument, which is currently scheduled for Thursday, October 25, 2007 at 2:00 pm EDT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge