**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **AMERICAN DEFENSE SYSTEMS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 07-616C** |
| **THE UNITED STATES OF AMERICA** | **(Judge Hewitt)** |
| **Defendant.** | **Electronically Filed On: October 23, 2007** |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff, American Defense Systems, Inc. ("ADSI" or "Plaintiff") submits this motion, pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, for an order granting an enlargement of time of three days, to and including October 26, 2007, within which to respond to Defendant's Motion to Dismiss. Our response presently is due on October 23, 2007. This is our first request for an enlargement of time. Plaintiff has discussed this motion with the Defendant's Trial Attorney, who has informed Plaintiff and confirmed during a conference call with Chambers, today, October 23, 2007, that the Government does not object to this motion.

Dated: October 23, 2007

Respectfully submitted,

/s/Richard L. Moorhouse
Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
Tel.: (703) 749-1311
Fax: (703) 714-8308

Of Counsel:
David T. Hickey
Sean M. Connolly
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22101
Tel.: (703) 749-1300
Fax: (703) 749-1301

*TCO 357092749v1 10/23/2007*

**CERTIFICATE OF FILING**

I hereby certify that on October 23, 2007, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard L. Moorhouse
Richard L. Moorhouse

*TCO 357092749v1 10/23/2007*