# In the United States Court of Federal Claims

No. 07-616 C

(E-Filed: October 23, 2007)

AMERICAN DEFENSE SYSTEM, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Unopposed Motion for an Enlargement of Time (Mot. or Motion). Plaintiff requests an enlargement of time in which to file its response to defendant's motion to dismiss. Mot. 1.

Plaintiff's Motion is GRANTED. Plaintiff shall file its response to defendant's motion to dismiss on or before Friday, October 26, 2007. Further, pursuant to the parties' phone call to chambers on October 23, 2007, the date of the oral argument has been rescheduled from Thursday, October 25, 2007 to Friday, November 2, 2007 at 2:00 p.m. EDT. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge