# In the United States Court of Federal Claims

**NOTICE**

**AMERICAN DEFENSE SYSTEMS, INC.**

**No. 07-616C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 6, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Emily C. Hewitt,

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on November 2, 2007.

Brian Bishop
Brian Bishop, Clerk